1  ZENIA K. GILG, SBN 171922
   809 Montgomery Street, 2nd Floor
2  San Francisco CA 94133
   Telephone 415/394-3800
3  Facsimile 415/394-3806
   zenia@jacksonsquarelaw.com
4
   Attorney for Defendant
5  BRYAN COCHRAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. Case No. 4:14-mj-71190-MAG |
|---|---|
| Plaintiff, | STIPULATION AND [Proposed] ORDER TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| BRYAN COCHRAN, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that the hearing presently set for December 9, 2014, at 9:30 am shall be continued to March 3. 2015, at 9:30 am.

Defendant, Bryan Cochran, agrees time is excluded under *18 U.S.C. section 3161(b)*, and waived under *Fed.Rule Crim. Proc. 5.1( c)* and *(d)*.

It is further stipulated and agreed between the parties that the time be excluded until the requested hearing date on March 3, 2015.  The reason for this request is to allow time for continued discussion between the defense and government attorneys, who are attempting to reach a pre-indictment disposition in this matter.  In order for this to be accomplished, additional discovery must be exchanged and reviewed, and followed up with further discussions.  The basis for the exclusion of time under the Speedy Trial Act is to ensure there is reasonable time

1  necessary for effective representation, pursuant to *18 U.S.C. section 3161(h)(7)(B)(iv)*.

*/s/ Kevin James Barry*
KEVIN JAMES BARRY
Assistant U.S. Attorney
Dated: December 5, 2014

*/s/ Zenia K. Gilg*
ZENIA K. GILG
Attorney for Defendant
Dated: December 5, 2014

**IT IS SO ORDERED.**

Dated: 12/8/14

_____
Honorable Magistrate Judge
KANDIS A. WESTMORE