ZENIA K. GILG, SBN 171922
Sausalito Plaza
1505 Bridgeway, Suite 106
Sausalito, California, 94965
Telephone: 415.324.7071
Facsimile: 415.324.7071
zenia@jacksonsquarelaw.com

Attorney for Defendant
BRYAN COCHRAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN COCHRAN,<br><br>Defendant. | Case No. Case No. 4:14-mj-71190-MAG<br><br>STIPULATION AND<br>[Proposed] ORDER TO CONTINUE<br>HEARING AND EXCLUDE TIME<br>UNDER THE SPEEDY TRIAL ACT |

THE PARTIES HEREBY STIPULATE AND AGREE that the hearing presently set for July 31, 2015, at 9:30 a.m. shall be continued to September 18, 2015 at 9:30 a.m.

Defendant, Bryan Cochran, agrees time is excluded under *18 U.S.C. section 3161(b)*, and waived under *Fed.Rule Crim. Proc. 5.1( c)* and *(d)*.

It is further stipulated and agreed between the parties that the time be excluded until the requested hearing date on September 18, 2015. The reason for this request is to allow time for continued discussion between the defense and government attorneys, who are nearly certain to reach a pre-indictment disposition in this matter. Over the course of the past several months the parties have exchanged a great deal of information, and have reach consensus on an appropriate resolution. Counsel for Mr. Cochran, however, would like to analyze the potential impact on his

sentence of the sentencing reform laws now being considered by the United States Congress, and appear likely to be enacted into law. (See, "Bipartisan Push Builds to Relax Sentencing Laws," *New York Times*, July 28, 2015.)[1] In addition, as defense counsel is scheduled to begin trial in the case of *U.S. v. Aedan McDonald et al.*, Southern District of Iowa 14-cr-0053 on August 24, 2015, it is necessary to continue this matter to mid-September.

The basis for the exclusion of time under the Speedy Trial Act is to ensure there is reasonable time necessary for effective representation, pursuant to *18 U.S.C. section 3161(h)(7)(B)(iv)*.

/s/ Kevin James Barry
KEVIN JAMES BARRY
Assistant U.S. Attorney
Dated: July 30, 2015

/s/ Zenia K. Gilg
ZENIA K. GILG
Attorney for Defendant
Dated: July 30, 2015

**IT IS SO ORDERED.**

Dated: 7/30/15

Honorable Magistrate Judge
KANDIS WESTMORE

---

[1] http://www.nytimes.com/2015/07/29/us/push-to-scale-back-sentencing-laws-gains-momentum.html?_r=1&ncid=newsltushpmg00000003