BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7123
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-MJ-71190 MAG |
|     Plaintiff, | |
|   v. | **STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE** |
| BRYAN COCHRAN, | |
|     Defendant. | |

       The Court has set November 6, 2015, at 9:30 a.m. as the date for a preliminary hearing or arraignment. The parties hereby stipulate to reset the preliminary hearing or arraignment to December 4, 2015 at 9:30 a.m., and they request that the Court extend the time limits provided by Federal Rule of Criminal Procedure 5.1(c). This extension of time is necessary for the parties to explore possible pre-indictment resolution and for effective preparation of counsel.

       Pursuant to Rule 5.1(d), the defendants and the government consent to the extension of time, and the parties represent that good cause exists for this extension, including the effective preparation of

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
CR 14-mj-71190 MAG                                 1

1  counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  For the same reasons, the parties also request that the

2  Court exclude from the time limits of 18 U.S.C. § 3161 the period from the date of this order through

3  February 26, 2015.  The parties also agree that the ends of justice served by granting such an exclusion

4  of time outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. §

5  3161(h)(7)(A).

6

7       SO STIPULATED:

8                                             MELINDA HAAG

9                                             United States Attorney

10 DATED: November 4, 2015                    _____/s/_____
                                              KEVIN J. BARRY
11                                            Assistant United States Attorney

12

13 DATED: November 4, 2015                    _____/s/_____
                                              ZENIA K. GILG
14                                            Attorney for BRYAN COCHRAN

15

16

17
                              Attestation of Filer
18
       In addition to myself, the other signatory to this document is <u>Zenia K. Gilg</u>.  I attest that I have
19
   her permission to enter a conformed signature on her behalf and to file the document.
20

21
   DATED: November 4, 2015                    _____/s/_____
22                                            KEVIN J. BARRY
                                              Assistant United States Attorney
23

24

25

26

27

28
   STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
   CR 14-mj-71190 MAG                       2

1 **[PROPOSED] ORDER**

For the reasons stated above, the Court sets December 4, 2015, as the date for the arraignment or preliminary hearing.  The Court finds that extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from the date of this order through December 4, 2015, is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.   18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  11/4/15

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge